

# NUMBER 13-16-00074-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MASTERCRAFT BOAT COMPANY, LLC,**                                    **Appellant,**

**v.**

**REBECCA CHAMBERS,**                                    **Appellee.**

---

**On appeal from the County Court at Law No. 3
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam**

Appellant, Mastercraft Boat Company, LLC, filed an interlocutory appeal from an order denying a special appearance entered by the County Court at Law No. 3 of Nueces County, Texas, in cause number 2014-CCV-62453-3. Appellant has filed a motion to dismiss the appeal on grounds that the parties have entered into a settlement agreement

that terminates the underlying litigation. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
9th day of June, 2016.

2